**JOY JOHNSON ESQ. SBN:251639**
**AYO OMOTOSHO ESQ. SBN 279524**
**JOHNSON|OMOTOSHO, LLP**
**8616 LA TIJERA BLVD SUITE 502**
**LOS ANGELES, CA 90045**
**TEL: (323) 903-7073**
**FAX: (323) 967-7073**

Attorneys for Plaintiff
ALLEN RUSSELL

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ALLEN RUSSELL | CASE No. CV 19-3898-GW-RAOx |
|---|---|
| Plaintiff, | Hon. George H Wu |
| vs. | Crtm. 9d |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | Action Filed: February 22, 2019 |
| | Removal Date: May 3, 2019 |
| | Trial Date April 14, 2020 |
| CHEXSYSTEMS, INC., a corporation, BANK OF AMERICA, N.A. a corporation and DOES 1 through 25 inclusive | |
| Defendants. | |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of Plaintiff Allen Russell ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant"), (Collectively the "Parties") and good cause appearing:

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

All parties are to bear their own expenses, costs, and attorney fees with regard to this action.

IT IS SO ORDERED.

Dated: December 4, 2019          By: _____/s/ George H. Wu_____
                                      HON. GEORGE H. WU,
                                      U.S. DISTRICT JUDGE

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**